# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00298-JLS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Miguel Barajas Parra, | **FILED** APR 29 2022 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952, 960 - Importation of a Controlled Substance (Felony)

Dated: 4/29/22

*/s/ Daniel E. Butcher*

**Hon. Daniel E. Butcher**
United States Magistrate Judge